THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v DONALD SHEPHERD, JR., Appellant. [913 NYS2d 604]—Appeal from a judgment of the Genesee County Court (Robert C. Noonan, J.), rendered August 24, 2009. The judgment convicted defendant, upon his plea of guilty, of attempted burglary in the second degree.

It is hereby ordered that the judgment so appealed from is unanimously affirmed. Present—Martoche, J.P., Centra, Fahey, Lindley and Sconiers, JJ.

THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v EUGENE TODIE, Appellant. [913 NYS2d 118]—Appeal from a judgment of the Supreme Court, Erie County (Deborah A. Haendiges, J.), rendered May 11, 2009. The judgment convicted defendant, upon his plea of guilty, of criminal contempt in the first degree.

It is hereby ordered that the judgment so appealed from is unanimously affirmed. Present—Martoche, J.P., Centra, Fahey, Lindley and Sconiers, JJ.